■ MILDRED CALABRESE et al., Appellants, v GENEVA HOUSING AUTHORITY, Respondent. [726 NYS2d 330] —Order unanimously reversed on the law with costs, motion denied and complaint reinstated. Memorandum: Plaintiffs commenced this action seeking damages for personal injuries sustained by Mildred Calabrese (plaintiff) when she slipped and fell on black ice in the parking lot of defendant's apartment complex. Supreme Court erred in granting defendant's motion for summary judgment dismissing the complaint. Defendant failed to meet its initial burden of establishing as a matter of law that its snow removal efforts did not create the allegedly dangerous condition that caused plaintiff's injuries (see, Feeney v Benderson Dev. Co., 255 AD2d 965, 966; Merlo v Zimmer, 231 AD2d 952, 953). (Appeal from Order of Supreme Court, Ontario County, Henry, Jr., J.—Summary Judgment.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Burns, JJ.

■ JAMES H. WITHERSPOON, Respondent, v PAULETTE WITHERSPOON, Appellant. [726 NYS2d 330] —Judgment unanimously modified on the law and as modified affirmed without costs and matter remitted to Supreme Court for further proceedings in accordance with the following Memorandum: Supreme Court properly granted plaintiff a divorce on the ground of cruel and inhuman treatment. "The determination of the trial court as fact finder on the issue of cruel and inhuman treatment will not be lightly disturbed on appeal" (Zack v Zack, 183 AD2d 382, 385; see, Forcucci v Forcucci, 96 AD2d 751), and we see no reason to do so here. We agree with defendant, however, that this judgment is not a "final Judgment." The court expressly stated at the conclusion of the testimony herein that a hearing on the financial issues had to be scheduled. We therefore modify the judgment accordingly, and we remit the matter to Supreme Court for a hearing on the financial issues raised herein. (Appeal from Judgment of Supreme Court, Erie County, Glownia, J.—Matrimonial.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Burns, JJ.

■ In the Matter of CHELSEA K., an Infant. ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, Respondent; PAULINE K., Appellant. (Appeal No. 1.) [726 NYS2d 331] —Order unanimously affirmed without costs for reasons stated in decision at Erie County Family Court, Dillon, J. (Appeal from Order of Erie County Family Court, Dillon, J.—Terminate Parental Rights.) Present—Pigott, Jr., P. J., Green, Hayes, Kehoe and Burns, JJ.